UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

Quivus Systems LLC

Debtor

Case No. 17-00119
Chapter 7

**FILED**
OCT 22 2020
Clerk, U.S. District and
Bankruptcy Courts

**PRAECIPE**

Clerk: Please deposit the enclosed check for $1619.87, representing unclaimed dividend check for Mohammad Adhami, claim #19.

/s/ Bryan Ross
Bryan Ross #263863
Chapter 7 trustee
1776 K Street NW
Suite 200
Washington, DC 20006
202-659-2214

